```
                                           FILED
                                    CLERK, U.S. DISTRICT COURT

                                         Mar 18, 2015

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY:      PMC      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN KIDDER, II,<br><br>    Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY; L.A. COUNTY SHERIFF'S DEPARTMENT; SHERIFF DEPUTIES REGAN VELASCO and DRAPER; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: CV 14-06218 (SVW) (Ex)<br><br>[~~PROPOSED~~] STIPULATED JUDGMENT |

On March 9, 2015, the Motion for Summary Judgment of Plaintiff Dean Kidder, II was heard by the Court. In its written Order denying Plaintiff's Motion (Docket No. 64), the Court found that: (1) Deputy Draper had sufficient cause for the traffic stop of Plaintiff; (2) Deputy Draper had sufficient cause for the search of Plaintiff's vehicle; (3) Deputy Draper would be entitled to qualified immunity; and (4) there is no evidence that the Deputies detained Plaintiff for too long a period of time.

Pursuant to the Stipulation of the Parties Re Judgment, by and through their attorneys of records, and good cause existing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Plaintiff Dean Kidder, II shall have and recover nothing by way of his Complaint for Money Damages against Defendants County of Los Angeles, Deputy Jeremy Draper, Deputy Anthony Velasco, Detective Christopher Regan and Los Angeles County Sheriff's Department; and

2. The Complaint filed by Plaintiff shall be dismissed on the merits with prejudice and judgment shall be entered in favor of Defendants County of Los Angeles, Deputy Jeremy Draper, Deputy Anthony Velasco, Detective Christopher Regan and Los Angeles County Sheriff's Department and against Plaintiff Dean Kidder, II.

DATED: March 18, 2015

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

ORDER SUBMITTED BY:
HAROLD G. BECKS & ASSOCIATES

By: /s/ Douglas L. Day
    Harold G. Becks
    Douglas L. Day
Attorneys for Defendants
COUNTY OF LOS ANGELES, et al.

2

[PROPOSED] STIPULATED JUDGMENT